UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cheri Barnett,

    Plaintiff,

    v.                                    Case No.   1:05cv679

Barry Barnett, *et al.*,              Judge Michael R. Barrett

    Defendants.

### ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed June 16, 2006 (Doc. 14).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** This matter is **REMANDED** in part to the Clermont County, Ohio, Court of Common Pleas, Domestic Relations Division, for disposition of Plaintiff's Motion to Modify or Vacate the Qualified Domestic Relations Order. The Motion to Intervene by Pamela Barnett (Doc. 8) is **GRANTED**.

This action is administratively closed pending the outcome of the state court

proceedings.

**IT IS SO ORDERED.**

                                                  */s/ Michael R. Barrett*
                                        Michael R. Barrett, Judge
                                        United States District Court